ACCEPTED
12-14-00332-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
8/18/2015 9:05:49 AM
CATHY LUSK
CLERK

No. 12-14-00332-CV

# In the Court of Appeals
# for the Twelfth District of Texas
# At Tyler

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
8/18/2015 9:05:49 AM
CATHY S. LUSK
Clerk

---

ROBERT C. MORRIS,
*Appellant*,

v.

SHERRI MILLIGAN, ET AL,
*Appellees*.

---

On Direct Appeal from the 349th Judicial District
Court of Anderon County, Texas
Trial Court Cause No. 349-6270

---

**APPELLEES' MOTION FOR PERMISSION TO FILE APPELLEES' BRIEF OUT OF TIME**

---

Appellees' counsel seeks permission to file brief of Appellees out of time. Undersigned counsel returned from an unexpected week away from work due to a death in the family and was immediately engaged in two jury trials, which ran consecutively and required undersigned counsel to travel from her Austin office.

Undersigned counsel sought an extension of time to file Appellees' brief due to a trip that required counsel to be out of the country during the time that the brief was

1

due. Upon her return, undersigned counsel had to leave work again due to a death in the family—requiring further travel.

Undersigned counsel was then in trial in the Western District, San Antonio division, for Navarro v. Keller et al, 5:13-CV-771, from August 3-7. Counsel was again in trial in the Eastern District, Tyler Division, for Tobias v. Ashley, 6:14-CV-1710, from August 10-12. Counsel traveled and conducted witness meetings the weekends in between those trials. Additionally, counsel was in Bryan, Texas defending depositions for another case in Bryan Texas August 13-14. As a result, undersigned counsel has not been able to review her docket and missed the Court's briefing deadline.

Undersigned counsel asks that the Court allow Appellees brief to be filed out of time.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**CHARLES E. ROY**
First Assistant Attorney General

**JAMES E. DAVIS**
Deputy Attorney General for Civil Litigation

**KAREN D. MATLOCK**
Assistant Attorney General
Chief, Law Enforcement Defense Division

/s/ *Veronica L Chidester*
**VERONICA L. CHIDESTER**
Assistant Attorney General
Attorney-in-Charge
State Bar No. 24082161
Veronica.Chidester@texasattorneygeneral.gov

Law Enforcement Defense Division
P. O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2124 / (512) 936-2109 Fax

**ATTORNEYS FOR APPELLEES**

**CERTIFICATE OF CONFERENCE**

Plaintiff is an inmate, proceeding *pro se*, housed in the Texas Department of Criminal Justice. Undersigned, therefore, was unable to conference with Plaintiff. It is assumed that Plaintiff is opposed to this motion.

**NOTICE OF ELECTRONIC FILING**

I, **VERONICA L. CHIDESTER**, Assistant Attorney General of Texas, do hereby certify that I have electronically submitted for filing a true copy of the above **Motion for Permission to File Appellee's Brief Out of Time** in accordance with the Electronic Case Files System of the Twelfth Court of Appeals, on August 18, 2015.

/s/ *Veronica L. Chidester*
**VERONICA L. CHIDESTER**
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, **VERONICA L. CHIDESTER**, Assistant Attorney General of Texas, certify that a true copy of the above **Motion for Permission to File Appellee's Brief Out of Time** has been served by placing it in United States Mail, postage prepaid, on August 18, 2015, addressed to:

**Robert C. Morris, TDCJ No. 1311083**
TDCJ-Smith Unit
1313 CR 19
Lamesa, Texas 79331
***Plaintiff Pro Se***

> */s/ Veronica L. Chidester*
> **VERONICA L. CHIDESTER**
> Assistant Attorney General